AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP 2 4 2016

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Saul Garcia-Reyna

## CRIMINAL COMPLAINT

Case Number:   M-16-1781-M

IAE   YOB:   1967
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 24, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Donna, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Saul Garcia-Reyna was encountered by Border Patrol Agents near Donna, Texas on September 24, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 24, 2016, near Donna, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 26, 2016, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 29, 2014, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to thirty (30) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,
**September 24, 2016**   4:03 pm

Signature of Complainant
Jerrico Leason   Senior Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer